## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

In re:                                             )
                                                   )    Case No. 05-MC-2021
LEWIS STANTON DOTSON,      )

## **O R D E R**

On March 18, 2005, LEWIS STANTON DOTSON, was disbarred by the Supreme Court of Illinois, In re: M.R. 19938.. Mr. Dotson was ordered to show cause within ten (10) days, in writing, why he should not be suspended from practice in this District. To date, Mr. Dotson has not responded to the order to show cause.

Accordingly, IT IS ORDERED that LEWIS STANTON DOTSON is hereby stricken from the roll of attorneys admitted to practice in this court.

IT IS FURTHER ORDERED that LEWIS STANTON DOTSON shall not be readmitted to practice before this court except on application allowed by the court en banc.

ENTERED this 25th day of April, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE