E-FILED
Friday, 13 April, 2007 11:30:59 AM
Clerk, U.S. District Court, ILCD

Chief Judge Michael McCusky　　　　　　　　　　　　　April 12, 2007
U.S. Courthouse
201 S. Vine St.
Urbana, Ill.
61802

Dear Chief Judge McCusky,

The Illinois Supreme Court has reinstated me to the practice of law in Illinois. Please have me reinstated to practice before your Honorable Court.
Many thanks!

　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　*Lewis Stanton Dotson*

　　　　　　　　　　　　　　　　Lewis Stanton Dotson
　　　　　　　　　　　　　　　　Attorney at Law

FILED
APR 13 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

05-mc-2021