E-FILED
Friday, 13 April, 2007   11:31:11 AM
Clerk, U.S. District Court, ILCD

ARDC | Lawyer Search Results



# ATTORNEY REGISTRATION & DISCIPLINARY COMMISSION
## OF THE SUPREME COURT OF ILLINOIS

WEBSITE INFORMATION | SEARCH SITE | HOME

- Lawyer Search
- Lawyer Registration
- How to Submit a Request For Investigation
- Rules and Decisions
- Ethics Inquiry Program
- Publications
- New Filings, Hearing Schedules and Clerk's Office
- Client Protection Program
- Resources & Links
- ARDC Organizational Information

## LAWYER SEARCH RESULTS

[ Edit Search ]   [ New Search ]

ARDC Lawyer Search Results from the ARDC database last updated as of April 11, 2007 at 12:13:48 PM: for the following terms: Last Name: Dotson, status: All, City: Mattoon, State: IL, Country: all

| Name | Date Admitted | City | State | Authorized to Practice? |
|------|---------------|------|-------|-------------------------|
| Lewis Stanton Dotson | November 19, 1964 | Mattoon | IL | Yes |

Address information is not available online for retired judges or lawyers who are retired, inactive, deceased or who never registered with ARDC, due to privacy considerations or because ARDC never received those addresses. For those lawyers, "N/A" is displayed above to indicate that the city and state information is not available online. Click on the name of a lawyer to obtain more detailed information regarding the lawyer, including registration status, registered business address and telephone number if available, and any public disciplinary or disability history.

[ Edit Search ]   [ New Search ]

IARDC ®:online access to registration and discipline information regarding Illinois lawyers
presented by the Illinois Attorney Registration & Disciplinary Commission.

Lawyer Search | Lawyer Registration | How to Submit a Request For Investigation
Rules and Decisions | Ethics Inquiry Program | Publications
New Filings, Hearing Schedules and Clerk's Office | Client Protection Program
Resources & Links | ARDC Organizational Information
Website Information | Search Site | Home