# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

In Re:                                          )
                                                )
MATTER OF LEWIS STANTON DOTSON    )        Misc.  05-MC-2021
                                                )

# ORDER

The United States District Court for the Central District of Illinois sitting *en banc,* has considered the Petition of Petitioner, Lewis Stanton Dotson., for readmission to practice before this Court.

IT IS ORDERED that the Petition is allowed, and William E. Hourigan is hereby readmitted to practice in this Court.

Entered this 24th day of April, 2007.


_s/ Michael P. McCuskey_____        ___s/ Joe Billy McDade_____
MICHAEL P. McCUSKEY, Chief                JOE BILLY McDADE
United States District Judge              United States District Judge


__s/ Michael M. Mihm_____          ___s/ Jeanne E. Scott_____
MICHAEL M. MIHM                           JEANNE E. SCOTT
United States District Judge              United States District Judge